1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  In re REED E. SLATKIN and     )   CV 08-4193 RSWL
    Substantively Consolidated    )
12  Affiliates TOPSIGHT OREGON,   )
    INC., and REED SLATKIN        )   **ORDER TO SHOW CAUSE**
13  INVESTMENT CLUB, L.P.         )
    _____ )
14                                )
    R. TODD NEILSON, Trustee of   )
15  the Estate of Reed E.         )
    Slatkin and Substantively     )
16  Consolidated Affiliates       )
    Topsight Oregon, Inc., and    )
17  Reed Slatkin Investment       )
    Club, L.P. Liquidating        )
18  Trust,                        )
                                  )
19                    Plaintiff,  )
                                  )
20  v.                            )
                                  )
21  JACINTO CASTELLANO, an        )
    individual, and DOES 1-10,    )
22  inclusive,                    )
                                  )
23                                )
                    Defendants.   )
24                                )
                                  )
25

26       On June 25, 2008, this matter was referred to this

27  Court for determination of findings of facts and

28  conclusions of law, and judgment.  To date, the parties

                               1

1 | have not filed any subsequent documents.  The parties

2 | are therefore **ORDERED TO SHOW CAUSE** why this matter

3 | should not be closed, and to provide a status report of

4 | the issues pending before this Court for review.  The

5 | parties are to show cause within 10 days.

6 |

7 | **IT IS SO ORDERED.**

8 | _____

9 | **HONORABLE RONALD S.W. LEW**

10 | Senior, U.S. District Court Judge

11 |

12 | DATED:    January 13, 2009

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

2