1
2
3 **JS-6**
4
5
6
       **UNITED STATES DISTRICT COURT**
7
       **CENTRAL DISTRICT OF CALIFORNIA**
8

9  In re REED E. SLATKIN and          )   CV 08-4193 RSWL
   Substantively Consolidated         )
10 Affiliates TOPSIGHT OREGON,        )
   INC., and REED SLATKIN             )
11 INVESTMENT CLUB, L.P.              )   ORDER ENTERING JUDGMENT
   _____    )   IN FAVOR OF TRUSTEE
12                                    )
   R. TODD NEILSON, Trustee of        )
13 the Estate of Reed E.              )
   Slatkin and Substantively          )
14 Consolidated Affiliates            )
   Topsight Oregon, Inc., and         )
15 Reed Slatkin Investment            )
   Club, L.P. Liquidating             )
16 Trust,                             )
                                      )
17                    Plaintiff,      )
                                      )
18 v.                                 )
                                      )
19 JACINTO CASTELLANO, an             )
   individual, and DOES 1-10,         )
20 inclusive,                         )
                                      )
21                                    )
                      Defendants.     )
22                                    )
   _____    )
23

27     On June 5, 2008, the United State Bankruptcy Court
28 submitted Proposed Findings of Fact and Conclusions of

Law on the Trustee's Summary Judgment Motion against Jacinto Casetllano. Because this matter was a "non-core" proceeding, it was referred to this Court pursuant to 28 U.S.C. § 157(c)(1) for entry of judgment on June 25, 2008.

A party has 10 days after being served with a copy of the proposed findings of fact and conclusions of law to object. Fed. R. Bankr. P. 9033(b). A party must "file with the clerk written objections which identify the specific proposed findings of conclusions objected to and state the grounds for such objection." Fed. R. Bankr. P. 9033(b).

The parties having failed to object within the specified period, the Court adopts the Proposed Findings of Fact and Conclusions of Law and enters judgment in favor of Trustee R. Todd Neilson.

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: February 6, 2009

2